**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00054-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MUHAMMAD ABU TAHIR,

    Defendant.

---

**MINUTE ORDER**[1]

---

    A Notice of Disposition was filed on February 2, 2010.  A Change of Plea hearing is set for **March 12, 2010**, at 8:30 a.m.  **Counsel for the parties shall deliver or e-mail a courtesy copy of all change of plea documents separately to Judge Blackburn's chambers AND to the Probation Department not later than 48 hours before the change of plea hearing date**.  *See* D.C.COLO.LCrR 11.1C. If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.  On the date of the hearing, counsel shall then bring with them an original and one (1) copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

    **IT IS FURTHER ORDERED** as follows:

    1.  That the telephone setting conference set for March 2, 2010, is **VACATED**;

    2.  That the Trial Preparation Conference set for April 2, 2010, is **VACATED**; and

    3.  That the jury trial set for April 5, 2010, is **VACATED**.

    Dated:  February 2, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.